IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-35464 |
| Elizabeth Hernandez, | ) | Chapter 7 |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically on all parties listed on the attached Service List on the 10th day of August 2017, before the hour of 5:00 p.m.

                                                                         /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*

United States Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Juan Manuel Soliz
Juan M. Soliz & Associates
3203 S. Pulaski Road
Chicago, IL 60623

Anthony J. Peraica
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, IL 60632