**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HERNANDEZ, ELIZABETH            § Case No. 15-35464-TAB
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $91,592.12                  Assets Exempt: $10,242.12
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                              Without Payment: $117,709.11

Total Expenses of Administration: $6,612.14

---

    3) Total gross receipts of $ 6,612.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,612.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,475.38 | 7,475.38 | 6,612.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 119,209.11 | 8,719.63 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $119,209.11 | $16,195.01 | $7,475.38 | $6,612.14 |

4) This case was originally filed under Chapter 7 on October 19, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2017         By: /s/EUGENE CRANE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful Termination Lawsuit | 1149-000 | 6,612.14 |
| **TOTAL GROSS RECEIPTS** | | **$6,612.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 1,411.21 | 1,411.21 | 1,248.03 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,971.00 | 5,971.00 | 5,280.56 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 83.17 | 83.17 | 73.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,475.38** | **$7,475.38** | **$6,612.14** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Anthony J. Peraica & Associates Ltd | 7100-000 | 1,500.00 | 8,719.63 | 0.00 | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 7100-000 | 53,884.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Syncb/jcp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank/the Home Depot | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sams Club/Gemb | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank / Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 2,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Lebsker & Moore, LLC | 7100-000 | 53,884.11 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Citibank Citicorp Credt Srvs | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $119,209.11 | $8,719.63 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-35464-TAB  
**Case Name:** HERNANDEZ, ELIZABETH  

**Period Ending:** 10/03/17

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 10/19/15 (f)  
**§341(a) Meeting Date:** 12/08/15  
**Claims Bar Date:** 08/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2635 S Keeler Ave, Chicago, IL 60623-4327 Single<br>Imported from original petition Doc# 15<br>Filed MT to Abandon due to request from lien holder; Order entered on 06/14/2017 | 76,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking Accoount at Bank of America<br>Imported from original petition Doc# 15; Exemption: Checking Accoount at Bank of America - Amount: 6.00 | 6.00 | 0.00 | | 0.00 | FA |
| 3 | Household Furnishings<br>Imported from original petition Doc# 15; Exemption: Household Furnishings - Amount: 640.00 | 640.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing at home<br>Imported from original petition Doc# 15; Exemption: Clothing at home - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 401K<br>Imported from original petition Doc# 15; Exemption: 401K - Amount: 3142.12 | 3,142.12 | 0.00 | | 0.00 | FA |
| 6 | Child Support<br>Imported from original petition Doc# 15; Exemption: Child Support - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2014 Tax Refund<br>Imported from original petition Doc# 15; Exemption: 2014 Tax Refund - Amount: 3354.00 | 4,359.00 | 1,005.00 | | 0.00 | FA |
| 8 | 2008 Chevy Blazer<br>Imported from original petition Doc# 15; Exemption: 2008 Chevy Blazer - Amount: 2400.00 | 6,745.00 | 405.00 | | 0.00 | FA |
| 9 | Wrongful Termination Lawsuit<br>Value unknown at this point as of 3/31/2016. Lawsuit listed on SOFA. Special counsel made demand for $85,000 gross as of 09/06/2016. Settlement reached Jan. 2017; Gross $20,000 | Unknown | 20,000.00 | | 6,612.14 | FA |
| 9   Assets   Totals (Excluding unknown values) | **$91,592.12** | **$21,410.00** | | **$6,612.14** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-35464-TAB  **Trustee:** (330350) EUGENE CRANE
**Case Name:** HERNANDEZ, ELIZABETH  **Filed (f) or Converted (c):** 10/19/15 (f)
  **§341(a) Meeting Date:** 12/08/15
**Period Ending:** 10/03/17  **Claims Bar Date:** 08/01/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

08/10/2017: TFR filed with Court; Hearing on 09/19 (dk)
07/20/2017: TFR filed with USTO for review (dk)
03/07/2017: MT to accept settlement approved by Order of Court; Peraica, special counsel, will withdraw his claim (dk)
01/25/2017: Filed MT to Accept Settlement and objection to Attorney's claim(dk)
11/15/2016: Will accept offer and file MT to Accept Settlement (dk)
11/01/2016: Rec'd a settlement offer via special counsel for $20,000.00 (dk)
09/06/2016: Special Counsel made written demand of BofA for $85,000 gross settlement (dk)
09/01/2016: Special Counsel contacted Ttee regarding demand for settlement and settlement conference per Circuit Court Order . (dk)
04/28/2016: Filed initial report of assets (dk)
02/10/2016: Motion to Employ CHSW&C; Motion to Employ Special Counsel approved by BK Court (dk)
01/15/2016: Filed MT to Extend Time to Object to Discharge, hg on 01/26 (dk)
01/14/2016: No Asset report withdrawn. Atty called there is a wrongful termination lawsuit pending (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** August 10, 2017 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-35464-TAB  
**Case Name:** HERNANDEZ, ELIZABETH  

**Taxpayer ID #:** **-***2757  
**Period Ending:** 10/03/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/17 | {9} | Bank of America | Proceeds from Litigation Settlement with BofA; Approved by Court Order on 03/07/2017 | 1149-000 | 2,789.87 | | 2,789.87 |
| 06/21/17 | {9} | Bank of America | Proceeds from Litigation Settlement with BofA; Approved by Court Order on 03/07/2017 | 1149-000 | 3,822.27 | | 6,612.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,602.14 |
| 09/19/17 | 101 | EUGENE CRANE | Dividend paid  88.43% on $1,411.21, Trustee Compensation;  Reference: | 2100-000 | | 1,248.03 | 5,354.11 |
| 09/19/17 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  88.43% on $5,971.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,280.56 | 73.55 |
| 09/19/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  88.43% on $83.17, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 73.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,612.14 | 6,612.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,612.14 | 6,612.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,612.14** | **$6,612.14** | |

Net Receipts :        6,612.14  
Net Estate :        $6,612.14  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0066** | 6,612.14 | 6,612.14 | 0.00 |
| | **$6,612.14** | **$6,612.14** | **$0.00** |

{} Asset reference(s)